RECEIVED

APR 1 3 2021

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:21-cr-060 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| JEREMY DOYLE MANSER, | ) | T. 18 U.S.C. § 922(g)(1) |
| | ) | T. 18 U.S.C. § 922(g)(3) |
| Defendant. | ) | T. 18 U.S.C. § 924(a)(2) |
| | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 28 U.S.C. § 2461(c) |
| | ) | |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Prohibited Person in Possession of a Firearm)**

On or about February 24, 2021, in the Southern District of Iowa, the defendant, JEREMY DOYLE MANSER, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Glock pistol, with serial number BBDD637. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year and knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(3), and 924(a)(2).

1

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, JEREMY DOYLE MANSER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm, ammunition, and magazine identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
MacKenzie Benson Tubbs
Assistant United States Attorney